UNIVERSAL MANAGEMENT CORPORATION
*v.* PETER A. ELMOS ET UX.

[No. 26, September Term, 1982.]

*Decided November 9, 1982.*

The cause was argued before MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

*Marc H. Baer,* with whom was *Harry S. Shapiro* on the brief, for appellant.

*Robert L. Beaman* and *Barbara Mello* for appellees.

## *ORDER*

The petition for writ of certiorari having been granted and heard and the Court being unable to reach the issue presented in this case due to deficiencies in the record on appeal, it is this 9th day of November, 1982

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.